■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD A. CHANEY, Appellant.— Motion for reargument granted and, upon reargument, original decision adhered to. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK EX REL. JAMES W. ROGERS, Petitioner, v. J. EDWIN LA VALLEE, as Superintendent of Clinton Correctional Facility, Respondent.— Application for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) granted. Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Simons, JJ., concur.

■ In the Matter of MARTHA T. DAYTON, Respondent, v. BOARD OF ELECTIONS OF ALBANY COUNTY et al., Respondents, and ROBERT E. SHAFFER, Appellant.— Motion to add the Secretary of State as a party granted without objection and without costs. Upon request of the Secretary of State and respondent Dayton, the court determines that the following persons are eligible to vote in the Primary Election heretofore directed to be conducted on or before September 26, 1972: persons who were registered and enrolled in the Democratic party by October, 1971 for the November, 1971 General Election; persons who became 18 after the November, 1971 election and registered and were enrolled in the Democratic party by May 20, 1972, the cutoff date for registering for the June 20, 1972 primary; and persons eligible to vote as enrolled Democrats who moved into the Assembly District from other parts of New York State and reregistered by May 20, 1972. Motion in all other respects denied. Herlihy, P. J., Staley, Jr., Greenblott, Simons and Reynolds, JJ., concur.

## (September 26, 1972)

■ In the Matter of WILLIAM P. SULLIVAN, JR., as District Attorney.— Application pursuant to sections 478 and 484 of the Judiciary Law for approval of a program permitting law school graduates who have taken the Bar examination to act under supervision as counsel to the District Attorney of Tompkins County. Application granted upon the following terms and conditions: 1. Appointees shall be called Criminal Law Associates and shall be authorized (a) to conduct investigations, perform legal research and prepare and submit to this court and to courts in Tompkins County legal papers, briefs and memoranda of law; (b) in inferior courts in Tompkins County, to perform the duties of an Assistant District Attorney in connection with preliminary hearings, arraignments, pleas, sentencings, and the conduct of nonjury trials in cases involving offenses and misdemeanors; and (c) in superior courts in Tompkins County, to perform the duties of an Assistant District Attorney at arraignments, pleas, pretrial proceedings, sentencings, and postconviction proceedings. 2. The order shall specify the individuals to be so appointed. Herlihy, P. J., Staley, Jr., Greenblott, Sweeney, Simons, Kane and Reynolds, JJ., concur.